54 A.3d 14

COMMONWEALTH of Pennsylvania, Respondent

v.

Ronnie JOHNSON, Petitioner.

Supreme Court of Pennsylvania.

Sept. 27, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of September,2012, the Petition for Allowance of Appeal is **DENIED** without prejudice to the petitioner's right to file another PCRA petition premised on *Miller v. Alabama,* —— U.S. ——, 132 S.Ct. 2455, 183 L.Ed.2d 407.